IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHERRON JACKSON                                               PLAINTIFF

v.                          No. 4:19-cv-45-DPM

ANDREW SAUL,
Commissioner, Social Security
Administration                                                DEFENDANT

ORDER

Jackson objects to only one part of the Magistrate Judge's recommendation: that the ALJ handled the treating professionals' (a psychiatrist and a therapist) opinions correctly under precedent. The Court adopts all other parts of the recommendation, which are unopposed. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). On *de novo* review, the Court sustains Jackson's helpfully focused objection.

The ALJ failed to give good and specific reasons for discounting the treating professionals' opinions. This was error. *Walker v. Commissioner, Social Security Administration*, 911 F.3d 550, 553 (8th Cir. 2018). The "fill-in-the-box-plus-comments" form of the opinions, their substantial identity, and the close collaborative relationship between the psychiatrist and therapist support treating the

two as one. But, precedent requires the ALJ to explain why, with solid particulars, this joint opinion is not controlling. *Walker, supra.*

Recommendation, № 14, partly adopted and partly declined. Objection, № 15, sustained. The case will be remanded.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2019