# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHERRON JACKSON**                                          **PLAINTIFF**

v.                               No. 4:19-cv-45-DPM

**ANDREW SAUL,**
**Commissioner, Social Security**
**Administration**                                           **DEFENDANT**

## JUDGMENT

The case is remanded to the Social Security Administration for the Administrative Law Judge to explain why the treating professionals' joint opinion is not entitled to controlling weight. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–2 (1991).

_____
D.P. Marshall Jr.
United States District Judge

19 December 2019