IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHERRON JACKSON                                                PLAINTIFF

v.                        No. 4:19-cv-45-DPM

ANDREW SAUL,
Commissioner, Social Security
Administration                                                 DEFENDANT

## ORDER

Unopposed motion, *Doc. 18*, granted. The hours billed and fee requested are reasonable. The Court awards an attorney's fee of $2,670, payable to Jackson. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Jackson's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2020